

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
JUAN J. ALVAREZ,                  :
                                  :
          Plaintiff,              :
                                  :
     - v. -                       :
                                  :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,                :   07 Civ. 8167 (GBD)
Commissioner of                   :
Social Security,                  :
                                  :
          Defendant.              :
                                  :
- - - - - - - - - - - - - - - - - x

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from January 18, 2008 to and including March 19, 2008.  The reason for the request is

the administrative record has not yet been received by defendant's counsel. One previous extension has been granted in this case.

Dated: New York, New York
       January    , 2008

                                         JUAN J. ALVAREZ
                                         Plaintiff pro se
                                         234 Union Avenue
                                         New Rochelle, New York  10801
                                         Telephone No.: (914) 632-0974

                                         MICHAEL J. GARCIA
                                         United States Attorney
                                         Southern District of New York
                                         Attorney for Defendant

                             By: _____
                                         JOHN E. GURA, JR.
                                         Assistant United States Attorney
                                         86 Chambers Street - 3rd Floor
                                         New York, New York  10007
                                         Telephone No.: (212) 637-2712
                                         John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
**HON. GEORGE B. DANIEL**