UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JUAN J. ALVAREZ,                                :

            Plaintiff,                    :          ORDER

          -against-                         :          07 Civ. 8167 (GBD)(KNF)

MICHAEL J. ASTRUE, COMMISSIONER OF  :
SOCIAL SECURITY,
                                                :
           Defendant.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The plaintiff commenced this action on September 28, 2007, seeking a review of the final determination made by the defendant respecting an application for benefits under the Social Security Act. The defendant answered the complaint on March 19, 2008. Therefore, IT IS HEREBY ORDERED that:

    1.    on or before April 28, 2008, any motion for judgment on the pleadings shall be served and filed;

    2.    on or before May 28, 2008, the response to the motion shall be served and filed; and

    3.    on or before June 16, 2008, any reply shall be served and filed.

Dated: New York, New York          SO ORDERED:
       March 27, 2008

                                                          KEVIN NATHANIEL FOX
Mailed copies to:                          UNITED STATES MAGISTRATE JUDGE

Juan J. Alvarez
John E. Gura, Jr., Esq.