APR-28-2008 16:25         US ATTORNEYS OFFICE                             212    P.03

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                        :
JUAN J. ALVAREZ                         :
                                        :   **REVISED BRIEFING**
                                        :   **SCHEDULE**
         Plaintiff                      :
                                        :
     - v. -                             :   07 Civ. 8167(LAP)(KNF)
                                        :
MICHAEL J. ASTRUE,                      :
Commissioner of Social Security,        :
                                        :
         Defendant.                     :
                                        :
- - - - - - - - - - - - - - - - - - - - x

         Defendant having filed his answer to the complaint on

March 19, 2008,

         IT IS HEREBY ORDERED that:

    1.   Any motion for judgment on the pleadings shall be

         served and filed on or before May 28, 2008;

    2.   the response to the motion shall be served and filed on

         or before June 27, 2008; and

    3.   any reply shall be served and filed on or before July

         18, 2008.

SO ORDERED:  4/29/08

   /s/ Kevin Nathaniel Fox
United States Magistrate Judge