

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

**MEMO ENDORSED**

May 28, 2008

BY FAX
Honorable Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 530
New York, New York 10007-1312

    Re:    Juan J. Alvarez v. Astrue
             07 CV 8167 (GBD)(KNF)

Dear Magistrate Judge Fox:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to inform the Court of recent events and to request an extension of defendant's time to move with respect to the complaint.

    Pursuant to the Court's order, defendant's motion for judgment on the pleadings was due by April 28, 2008. After one previous extension was granted, the motion is due today, May 28, 2008. After reconsidering his position in this matter, the Commissioner decided to offer plaintiff a remand for further administrative proceedings. I sent a proposed stipulation for remand to plaintiff on May 14, 2008, but it has not yet been returned. To allow plaintiff time to consider the proposed remand, I respectfully request that the time in which to file and serve defendant's motion be extended by thirty days, to June 27, 2008. I contacted plaintiff to ask for his consent but he told me he had an attorney. I then contacted the attorney who told me he intends to file a notice of appearance and that he consents to this request.

    Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

5/28/08
Application Granted.
SO ORDERED:
*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX, U.S.M.J.

cc: Juan J. Alvarez, Pro Se