UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JUAN J. ALVAREZ,                                :

        Plaintiff,                               :             ORDER

       -against-                                  :             07 Civ. 8167 (GBD)(KNF)

MICHAEL J. ASTRUE, COMMISSIONER OF   :
SOCIAL SECURITY,
                                                         :

        Defendant.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The defendant has made a motion, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, seeking an order remanding the action to the Commissioner of Social Security. Therefore, on or before August 29, 2008, the plaintiff shall serve and file his response to the motion. Thereafter, on or before September 8, 2008, the defendant shall serve and file a reply.

      The plaintiff may seek such procedural assistance as he may need in responding to the motion by contacting the Pro Se Office for this judicial district. That office is located at 500 Pearl Street, Room 230, New York, New York 10007. The telephone number for the Pro Se Office is (212) 805-0177.

Dated: New York, New York                SO ORDERED:
       July 16, 2008

                                                          /s/ Kevin Nathaniel Fox
                                                        KEVIN NATHANIEL FOX
Mailed copies to:                           UNITED STATES MAGISTRATE JUDGE

Juan J. Alvarez
Susan C. Branagan, Esq.