ORIGINAL
DC SDNY
DOCUMENT
[illegible]
DATE FILED: JUL 1 8 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: Susan C. Branagan
Assistant United States Attorney
86 Chambers Street – 3rd Floor
New York, New York 10007
Tel. (212) 637-2804
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
JUAN J. ALVAREZ,                  :
                                  :
              Plaintiff,          :
                                  :
         - v. -                   :
                                  :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,                :   07 Civ. 8167 (GBD)
Commissioner of                   :
Social Security,                  :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff **pro se**, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
      May 15, 2008

                                              [signature]
                                           JUAN J. ALVAREZ
                                           Plaintiff pro se
                                           234 Union Avenue
                                           New Rochelle, New York 10801
                                           Telephone No.: (914) 632-0974

                                           MICHAEL J. GARCIA
                                           United States Attorney
                                           Southern District of New York
                                           Attorney for Defendant

                                    By: [signature]
                                           SUSAN C. BRANAGAN
                                           Assistant United States Attorney
                                           86 Chambers Street – 3rd Floor
                                           New York, New York 10007
                                           Telephone No.: (212) 637-2804
                                           Susan.Branagan@usdoj.gov

SO ORDERED: JUL 18 2008

[signature]
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE